

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANICE OLIVIER ROCHON | * CIVIL NO. 06-590 |
| VS. | * JUDGE HAIK |
| ZURICH NORTH AMERICAN INSURANCE COMPANY, ET AL. | * MAGISTRATE JUDGE HILL |

## JUDGMENT OF DISMISSAL

Having given notice to plaintiff of this court's intention to dismiss this action without prejudice under F.R.C.P. 41(b), 16(f) and Rule 41.3W of the Uniform Local Rules of Court for plaintiff's failure to cooperate with the preparation of the Rule 26(f) Report and her failure to apprise the court of her current address as ordered by the court on July 10, 2006, and having received no response to this court's minute entry allowing the plaintiff time to show cause for her failures to comply, this court finds that plaintiff's action is subject to dismissal under F.R.C.P. 41(b), 16(f) and Rule 41.3W of the Uniform Local Rules of Court. Such dismissals may be done *sua sponte* in accordance with the court's inherent power to control its own docket. See *Link v. Wabash Railroad Company*, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406 (5th Cir. 1995); *Natural Gas Pipeline Co. v. Energy Gathering, Inc.*, 2 F.3d 1397, 1407 (5th Cir. 1993); and *Rogers v. Kroger Company*, 669 F.2d 317, 320-321 (5th Cir. 1983). Accordingly;

IT IS ORDERED that this action be and it hereby is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this ____ day of _____, 2006.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE